IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRETT HUEFFMEIER,

    Plaintiff,

    v.

TALENTUM EMPOWERMENT INSTITUTE, LLC, et al.,

    Defendants.

Case No. 22-CV-2333-JAR-ADM

## ORDER

Plaintiff Brett Hueffmeier filed suit against six Defendants on August 22, 2022. He has been given several extensions of time to serve Defendants. On August 15, 2023, the Court struck the returns of service for Defendants Yi "Barbara" Liang, Vivian Nieh, and Sandra Nieh, finding that these individual Defendants were not served properly.[1] In this Order, the Court directed Plaintiff to properly serve these Defendants by September 8, 2023. The docket indicates that summons were issued on September 8, but as of October 16, 2023, there is nothing on the docket indicating that Defendants were served. Because approximately fourteen months have passed since Plaintiff filed his Complaint, and because Plaintiff failed to comply with the Court's August 15, 2023 Order requiring service on these three Defendants by September 8, 2023, the Court dismisses the action without prejudice as to Defendants Yi Liang, Vivian Nieh, and Sandra Nieh.

**IT IS THEREFORE ORDERED BY THE COURT** that the Court **dismisses the action without prejudice** as to Defendants Yi Liang, Vivian Nieh, and Sandra Nieh.

**IT IS SO ORDERED.**

---

[1] Doc. 49.

Dated: October 17, 2023

                                  S/ Julie A. Robinson
                                  JULIE A. ROBINSON
                                  CHIEF UNITED STATES DISTRICT JUDGE